

ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 3:53 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/14/2025 3:53:41 PM

CHRISTOPHER A. PRINE
Clerk

January 14, 2025

**<u>Via Electronic Filing</u>**
Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

      Re:    *State of Texas v. Harris County, Texas, et al.*, No. 15-24-00120-CV

Dear Mr. Prine:

This correspondence accompanies payment of the fee related to the filing of a Motion to Vacate on January 9, 2025 in Envelope Number 96060235. Please let us know if additional information is needed.

Respectfully,

Andrea Mintzer
Executive Assistant